**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Graustark Members II, LLC v. Mark  Minor

Appellate case number:   01-19-00647-CV

Trial court case number: 1132739

Trial court:             County Civil Court at Law No. 2 of Harris County

Appellant, Graustark Members II, LLC, has filed an unopposed motion for its counsel, Crystal T. Dang of Dow Golub Remels and Gilbreath, PLLC, to withdraw and for Sanford L. Dow and Alexandra M. Wolf of Dow Golub Remels and Gilbreath, PLLC, to substitute in as its counsel. *See* TEX. R. APP. P. 6.5.  The motion is **granted**.

The Clerk of this Court is directed to note the withdrawal of Crystal T. Dang of Dow Golub Remels and Gilbreath, PLLC, as counsel for appellant and to substitute Sanford L. Dow and Alexandra M. Wolf of Dow Golub Remels and Gilbreath, PLLC, as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting individually


Date:  January 9, 2020